JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

MINERVA TERRONES DOMINGUEZ,
Petitioner,
v.
JAMES JANECKA, et al.,
Respondents.

No. 5:26-cv-04540-BFM

**JUDGMENT**

On August 31, 2026, the Court issued an order granting the petition and ordered Petitioner Minerva Terrones Dominguez (A# 221-462-773) immediately released on reasonable conditions. (ECF 9 at 12.) Petitioner reports that she has been released from Respondents' custody. (ECF 10.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: September 1, 2026

[signature]

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE